UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                            DECISION AND ORDER

                                            06-CR-6198L

       v.

EMANUEL DE JESUS SOSA-LOPEZ,

                Defendant.
_____

      Defendant has filed objections to the Report and Recommendation of United States Magistrate Judge Marian W. Payson (Dkt. #36). The objections were filed November 29, 2007.

      The Court needs some additional time to consider the objections and to file a decision. The Court has been engaged in trials and other business, and most recently has been ill and out of chambers for portions of several days. The Court needs some additional time until January 11, 2008 within which to complete my review and enter a decision.

      Therefore, pursuant to 18 U.S.C. § 3161(h)(8) I grant an interest of justice adjournment to allow the Court some additional time to complete its work. I believe this extension outweighs any interest that the defendant or the public has in a more prompt ruling.

      IT IS SO ORDERED.

                                              _____
                                                 DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
       December 20, 2007.