UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                      ORDER

                                      06-CR-6198L

        v.

EMANUEL DE JESUS SOSA-LOPEZ,

                Defendant.
_____

     Defendant's *pro se* motion (Dkt. #80) which I treat as a motion to reconsider his sentence is in all respects denied.

     IT IS SO ORDERED.

                                        _____
                                            DAVID G. LARIMER
                                          United States District Judge

Dated: Rochester, New York
         December 15, 2011.